# EXHIBIT A

ELECTRONICALLY FILED - 2022 Sep 06 2:54 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004608

| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| --- | --- | --- |
| | ) | FIFTH JUDICIAL CIRCUIT |
| COUNTY OF RICHLAND | ) | |
| | ) | |
| Eric Starnes, | ) | CASE NO. 2022-CP-40-_____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | SUMMONS |
| vs. | ) | (Jury Trial Demand) |
| | ) | |
| TA Operating, LLC d/b/a TravelCenters of America, | ) | |
| | | |
| Defendant. | | |

**TO THE DEFENDANT:**

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action of which a copy is hereby served upon you, and to serve a copy of your Answer to the said Complaint on the subscriber at their offices, 1921 Henderson Street, Post Office Box 532, Columbia, South Carolina 29202 within thirty (30) days after the service thereof exclusive of the day of such service; and if you fail to answer the Complaint within the time aforesaid, the Plaintiff in this action will apply to the Court for the relief demanded in the Complaint and for a default judgment.

**BAILEY LAW FIRM, L.L.C.**

By:    *s/Tyler D. Bailey*
        Tyler D. Bailey
        S.C. Bar No. 101915
        1921 Henderson Street (29201)
        P.O. Box 532
        Columbia, SC (29202)
        Telephone: 1-803-667-9716
        Fax: 1-803-526-7642
        Email: Tyler@baileylawfirmsc.com
        ATTORNEY FOR PLAINTIFF

Columbia, South Carolina

ELECTRONICALLY FILED - 2022 Sep 06 2:54 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004608

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) <br> ) <br> COUNTY OF RICHLAND ) <br> ) <br> Eric Starnes, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TA Operating, LLC d/b/a TravelCenters ) <br> of America, ) <br> ) <br> Defendant. | IN THE COURT OF COMMON PLEAS <br> FIFTH JUDICIAL CIRCUIT <br><br> CASE NO. 2022-CP-40-_____ <br><br> COMPLAINT <br> (Jury Trial Demand) |

The Plaintiff above named, complaining of the Defendant herein, would respectfully show unto the Court:

1. That the Plaintiff is a citizen and resident of the Forsyth County, State of North Carolina.

2. That the Defendant is, upon information and belief, a corporation, company or entity organized and existing under to the laws of the state of South Carolina and does conduct business in and maintain agents, servants, and employees in the County of Richland, State of South Carolina under the brand name TravelCenters of America.

3. That at all times mentioned herein and in regard to all matters mentioned herein, the Defendant by and through its agents, servants, and employees, who were at all times acting within the course and scope of their agency and employment, operated TravelCenters of America located in Richland County, South Carolina with an address of 2150 South Beltline Boulevard, Columbia, South Carolina.

ELECTRONICALLY FILED - 2022 Sep 06 2:54 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004608

4. That this action is being brought in Court of Common Pleas in Richland County, the county in which the incident described herein occurred, and therefore this Court has jurisdiction over the parties and venue are proper.

### FOR A FIRST CAUSE OF ACTION
### Negligence/Gross Negligence/Negligence per Se

5. Paragraphs one (1) through four (4) of this complaint are re-alleged and incorporated by reference as if fully listed herein.

6. That at all times relevant hereto, Plaintiff was an invitee while in the truck service center of the TravelCenters of America located at 2150 South Beltline Boulevard, Columbia, South Carolina.

7. That on or about October 3, 2019, Plaintiff travelled to the TravelCenters of America, located at 2150 South Beltline Boulevard, Columbia, South Carolina for the purpose of having his truck serviced.

8. That when Plaintiff exited his vehicle, he slipped on a slippery substance on the floor causing him to fall and suffer serious and permanent injuries.

9. That at all times relevant herein, Plaintiff was exercising reasonable care for his own safety and did not see the slippery substance on the floor.

10. That Defendant knew, or should have known, of the slippery substance on the floor; however, they failed to warn their business visitors/invites, including Plaintiff, or take any action to make the area of the floor safe for their invitees.

11. That as a direct and proximate result of Defendant's negligence and recklessness, Plaintiff suffered serious and permanent injuries, incurred substantial

ELECTRONICALLY FILED - 2022 Sep 06 2:54 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004608

damages for his medical care and treatment, endured substantial pain and suffering and sustained permanent injuries and pain.

12. That Plaintiff was an invitee and as such, Defendant owed Plaintiff certain duties of care, including the duty to maintain their premises in a reasonably safe condition which Defendant failed to do.

13. That Defendant was negligent, grossly negligent, reckless, wanton and willful in the breach of their duties owed to Plaintiff including but not limited to the following particulars:

a. in failing to properly maintain a safe environment for its customers;

b. in failing to regularly inspect the premises;

c. in creating the dangerous condition which caused the Plaintiff's fall;

d. in failing to warn customers and visitors of a dangerous condition which the Defendant was aware of;

e. in failing to correct the defective conditions on their premises within a reasonable time after Defendant knew, or should have known, of the dangerous condition existing, to ensure that the premises was safe for customers.

f. in failing to give proper and adequate signals and warnings of the condition of the premises, when the Defendant knew, or should have known, that the same was necessary;

g. in maintaining their premises in an unreasonably dangerous condition which was not obvious to customers, guests or visitors;

h. in allowing a dangerous condition to exist which the Defendant knew or should have known was hazardous to customers, guests and visitors;

i. in failing to use the degree of care and caution a reasonable and prudent person would have used under the same or similar circumstances; and

h. in such other particulars as discovery and/or the evidence at trial may show.

ELECTRONICALLY FILED - 2022 Sep 06 2:54 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004608

14. That as a direct and proximate result of the negligence and recklessness of the Defendant the Plaintiff was injured as follows:

   a. suffered severe, traumatic and permanent injuries;

   b. incurred substantial medical expenses and will continue to incur such expenses in the future;

   c. incurred wage loss and will continue to incur such in the future;

   d. suffered severe pain and mental anguish and will continue to so suffer in the future;

   e. suffered an impairment in his ability to enjoy life.

15. That as a result of the negligence and recklessness of the Defendant which injured the Plaintiff is informed and believes he is entitled to judgment against the Defendant for actual, incidental, consequential, and punitive damages.

16. That Plaintiff is informed and believe that she is entitled to actual damages in an amount which would adequately compensate them for her injuries and damages, as well as reasonable punitive damages as may be determined by the trier in fact.

**WHEREFORE,** Plaintiff prays that he will be granted judgment against the Defendant as follows:

   a. Actual damages on all causes of action;

   b. Incidental damages on all causes of action;

   c. Consequential damages on all causes of action;

   d. Punitive damages on all causes of action;

   e. For the costs and expenses of this action; and

   f. For such other and further relief as the court may deem just and proper.

**[SIGNATURE BLOCK ON THE FOLLOWING PAGE]**

ELECTRONICALLY FILED - 2022 Sep 06 2:54 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004608

**BAILEY LAW FIRM, L.L.C.**

By: <u>*s/Tyler D. Bailey*</u>
    Tyler D. Bailey
    S.C. Bar No. 101915
    1921 Henderson Street (29201)
    P.O. Box 532
    Columbia, SC (29202)
    Telephone: 1-803-667-9716
    Fax: 1-803-526-7642
    Email: Tyler@baileylawfirmsc.com
    ATTORNEY FOR PLAINTIFF

Columbia, South Carolina